IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION TRUST FUND,
SCOTT REDMAN (In his capacity as Trustee),
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP AND
TRAINING FUND, WISCONSIN MASONS LMCT FUND,
GARY BURNS (In his capacity as Trustee),
BRICKLAYERS & TROWEL TRADES INTERNATIONAL
PENSION FUND, INTERNATIONAL MASONRY
INSTITUTE, IPF/PPA FUNDING IMPROVEMENT PLAN,
BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

Case No.: 16-cv-42

Plaintiffs,

v.

M BERNAL CONSTRUCTION LLC and
MICHAEL BERNAL, SR.,

Defendants.

ENTRY OF DEFAULT
AS TO DEFENDANT MICHAEL BERNAL, SR.

The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Michael Bernal, Sr., has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Michael Bernal, Sr., pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 20th day of June, 2016.

s/L. Kamke, Deputy Clerk
PETER OPPENEER
Clerk of Court
United States District Court
Western District of Wisconsin